Provided to Suwannee
Correctional Institution on

MAR 24 2022

for mailing, by HG

3:22CV354-TJC-JBT

Original copy oF 2.

March 24, 2022

A-1-

STATE oF: Florida
County oF: Suwannee

United STATES District Court
Middle District oF Florida
oFFice oF The Clerk
300 N. Hogan Street, Ste 9-150
Jacksonville, Florida
32202-4271

( Mental Health Staff abuse ):

SWORN AFFidavit

FILED

ATTN: All Federal Judges: I WANT To Report The abusive Nature oF Mental Health StaFF At Suwannee C.I. TCU Unit. These STaFF Are extremely inhumane With the Patients in this Unit.

ON A Daily Basis oFFicial DuckWiler, oF The 4 to 12 shift is refusing inmates Showers, dayroom and committing multiple other Violations Which Can be proved Via Camera And The Mental Health Warden, ect. allowing this Staff and others to Continue Said abuse on A daily basis. inmates Writing Grievances Concerning Said, To No Avail No responce.

ON 3-23-22, Approx 6:00/7:00 p.m. While Captain J. Moore, is down Stairs, oFFicial Duckwiler, has A White inmate Passing Out incoming U.S. Mail Upstairs while he Follows him From behind. this only Goes to Show how Negligent And Careless Suwannee Administration is When it Comes to Said Mental Health Unit, if A inmate goes to dayroom, he Cant get A shower, if A inmate Shower, he Cant get A Food tray and So on And So Forth. (4) Four, inmates Were allowed to take A Shower 3/23/22., Out of (28) Twenty eight Cells. Duckwiler, is very abusive in like Manner effect, With No Concerns of being Terminated.

I CAN ONLy Speak of Quad(1) of H-dormitory, Yet,

it Goes Far beyond the Rules, And Extremely inhumane; its A daily 229 Daily Segregation Log kept on every patient, you have inmates that have'nt Showerd Since my arrival 3-8-22. I CAN SAY that Sgt. J. Green, does offer A Shower.

its the inhumaness of Duckwiler, and others like him, that have myself And others on this Quad Cutting and Swallowing things ect. ect., Does the Warder or Asst. Care of these Condictions being Forced Upon us! inmate passing out mail, restrained inmates running around Unrestrained, ect. ect., I'm already Suffering mentally to the affect I'm in A Crisis Stablization Unit, And Now being Subjected to And A Very abusive hand ful of officials.

Under The Penalties of Perjury, I declare that I have read the foregoing Sworn affidavit and the facts Stated herein are true and Correct in accordance With Section 92.525 (2007), Florida Statutes.

Executed on this 24th day of MARCH 2022.

Respectfully Submitted,
/s/ Andre Sheffield
Andre Sheffield #116194
Suwannee Corr. Inst. MAIN
5964 U.S. Hwy 90
Live Oak, Florida
32060